UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Jose Alberto Quinones | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 16-cv-10427 GAO |
| | * | |
| Yolanda Smith | * | |
| | * | |
| Defendant. | * | |

ORDER OF DISMISSAL

May 3, 2016

O'Toole, D.J.

Pursuant to the court's Order issued on 05/03/2016 [#18] the petition for a writ of habeas corpus [#1] is DISMISSED, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge